UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE SUBPOENA OF D/SGT. JACQUELYN STASIAK | *Sean MacMaster v. David Busacca, et al* <br><br> Civil Action No. 21-cv-11052 <br><br> United States District Court for The Eastern District Of Michigan |
| Melissa C. Freeman (P80075) <br> BLANCHARD LAW <br> Attorney for Plaintiff <br> 309 S. Lafayette St., Ste. 208 <br> Greenville, MI 48838 <br> 616.773.2945 <br> melissa@blanchard.law | Alexander W. Root (P80220) <br> Assistant Attorney General <br> Attorney for Non-Party MSP <br> MI Dep't of Attorney General <br> State Operations Division <br> P.O. Box 30754 <br> Lansing, MI 48909 <br> 517.335.7573 <br> RootA@michigan.gov |

# EXHIBIT A

*May 9, 2023, email with Melissa Freeman*

| | |
|---|---|
| From: | Melissa Freeman |
| To: | Jamison, Eric (AG) |
| Cc: | Root, Alexander (AG) |
| Subject: | Re: MacMaster v Busacca - Subpoena to testify at deposition |
| Date: | Wednesday, May 10, 2023 9:57:37 AM |

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

I would not concur in a motion to quash.

-Melissa

On Tue, May 9, 2023 at 4:07 PM Jamison, Eric (AG) <JamisonE@michigan.gov> wrote:

> Hello –
>
> Thank you for you quick reply. Could you explain in more detail the scope of your anticipated questioning?
>
> It seems axiomatic that transcripts and documents are confidential, and anything that the investigator learned from the transcripts and documents is also confidential. It would completely defeat the purpose of the statute if it is read to mean that the documents and transcripts are confidential but someone could be subpoenaed to discuss what was in the documents.
>
> Unless you withdraw the subpoena, we will be filing a motion to quash. Please consider this our attempt to seek concurrence before filing the motion.
>
> **Eric Jamison**
>
> Michigan Department of Attorney General
>
> State Operations Division
>
> (517) 335-7573 – Main Line
>
> (517) 281-7564 – Mobile
>
> jamisone@michigan.gov

**From:** Melissa Freeman <melissa@blanchard.law>
**Sent:** Tuesday, May 9, 2023 3:53 PM
**To:** Jamison, Eric (AG) <JamisonE@michigan.gov>
**Subject:** Re: MacMaster v Busacca - Subpoena to testify at deposition

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Good afternoon,

I did speak to D/Sgt Stasiak, although what I told her was that the deposition would concern her contact with the MacMaster case, which as I understood, has to do with her criminal investigation. The way I read *Truel* as well as the statute, is that transcripts and documents are confidential. I don't intend to withdraw the subpoena.

-Melissa

On Tue, May 9, 2023 at 8:59 AM Jamison, Eric (AG) <JamisonE@michigan.gov> wrote:

> Melissa –
>
> Good morning. I am in receipt of the Subpoena to Testify at Deposition that was served upon D/Sgt. Stasiak.
>
> My understanding is that D/Sgt. Stasiak spoke with you and that you indicated that the deposition will largely be focused on her findings and/or statements that she obtained pursuant to investigative subpoenas. As you may know, the investigative subpoena process is confidential and D/Sgt. Stasiak is prohibited from discussing her findings, or statements made pursuant to investigative subpoenas. See *Truel v City of Dearborn*, 291 Mich App 125 (2010).

As a result, she will be able to say very little at her deposition. As an aside, Robbie Clark from Potter, DeAgostino O'Dea & Clark served a similar subpoena last spring, which he ultimately withdrew.

If there is something specific that you need, please call me so we can discuss if there is a way to get you what you need without D/Sgt. Stasiak breaching the confidentiality provisions of the investigative subpoena statute.

If we don't hear back from you by close of business on Wednesday, we may be filing a motion to quash to protect the confidential nature of the investigative subpoena process.

Please let me know whether you will withdraw the subpoena.

Thanks for your attention to the matter.

**Eric Jamison**

Michigan Department of Attorney General

State Operations Division

(517) 335-7573 – Main Line

(517) 281-7564 – Mobile

jamisone@michigan.gov

--

Melissa Freeman
Trial Lawyer
BLANCHARD LAW

(616) 773-2945
(616) 328-6501 (fax)
www.blanchard.law

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

Confidentiality Statement:
This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (989) 831-5208.


--
Melissa Freeman
Trial Lawyer
BLANCHARD LAW

(616) 773-2945
(616) 328-6501 (fax)
www.blanchard.law

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

Confidentiality Statement:
This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (989) 831-5208.